# In the United States Court of Federal Claims

No. 22-1446
Filed: October 11, 2022

|  |  |
|---|---|
| TE TE RAJ K. PATEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On October 3, 2022, plaintiff TE TE Raj K. Patel, proceeding *pro se*, filed a motion to proceed *in forma pauperis*.  *See* Motion to Proceed *In Forma Pauperis*, ECF No. 2.  Pursuant to Rule 77.1(c) of the Rules of the Court of Federal Claims, plaintiff is required to pay the full filing fee of $402.00—a $350.00 filing fee plus a $52.00 administrative fee—or submit a proper request to proceed *in forma pauperis*.  After careful consideration, it is clear to the Court that plaintiff is qualified to proceed *in forma pauperis*.  Accordingly, plaintiff's motion to proceed *in forma pauperis* is hereby **GRANTED**.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*
Loren A. Smith,
Senior Judge