IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RAJ K. PATEL, ) <br> ) <br> ) <br> ) <br> ) <br>   Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES, ) <br> ) <br>   Defendant. ) | No. 22-1446 C <br> Senior Judge Smith |

## NOTICE OF APPEARANCE

To the Clerk:

   Please enter the appearance of _____Robert Kiepura_____, as attorney of record for the United States.  Service of all papers by opposing parties should be addressed as follows:

Robert Kiepura
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C.  20044

                                                                  /s/ Robert Kiepura
                                                                 ROBERT KIEPURA
                                                                   Trial Attorney
                                                         Commercial Litigation Branch
                                                                   Civil Division
                                                          Telephone: (202) 305-4436
                                                          Facsimile:  (202) 353-0461
                                                       Email: Robert.Kiepura@usdoj.gov

Dated: October 19, 2022

**CERTIFICATE OF SERVICE**

     I hereby certify under penalty of perjury that on this  19th  day of ____October, 2022____ , I caused to be placed in the United States mail (first-class, postage prepaid), copies of a "NOTICE OF APPEARANCE" addressed as follows:

RAJ K. PATEL<br>
6850 East 21st Street<br>
Indianapolis, IN 46219

                _____/s/ Robert R. Kiepura_____