# In the United States Court of Federal Claims

No. 22-1446
Filed: December 9, 2022

|  |  |
|---|---|
| THE EXCELLENT THE EXCELLENT RAJ K. PATEL, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) |

**ORDER**

On November 17, 2022, this Court issued an order dismissing plaintiff's Complaint. *See generally* Dismissal and Anti-filing Order, ECF No. 14. In that same order, the Court issued an anti-filing provision. *Id*. Since that Order was filed, there have been multiple case-related submissions which require further clarification regarding ECF No. 14.

It is **ORDERED** that the Clerk is directed to accept no further filings in this case, excluding timely filed motions for appeal or reconsideration.

Further, it is **ORDERED** that the Clerk is directed to accept no further complaints from Raj K. Patel without a motion for leave explaining how the complaint raises new matters properly before this Court. *See* R. Ct. Fed. Cl. 11(b)–(c) (barring the filing of unwarranted or frivolous claims that have no evidentiary support).

Accordingly, the Clerk is directed to file the Motion for Reconsideration received on November 22, 2022 and any case-related submissions in accordance with this order.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge